HARRY GALPERIN CORPORATION *v.*
DEPARTMENT OF REVENUE.

This case is controlled by *Galperin* v. *Department of Revenue, ante,* 556.

Appeal from Wayne; Brennan (John V.), J. Submitted January 10, 1950. (Docket No. 40, Calendar No. 44,568.) Decided May 18, 1950.

Bill by Harry Galperin Corporation, a Michigan corporation, and others against the Department of Revenue of the State of Michigan and another for declaratory decree finding that plaintiffs had lawfully compromised claim under sales tax act. Decree for plaintiffs. Defendants appeal. Affirmed.

*Friedman, Meyers & Keys (Joseph H. Jackier* and *Clark, Klein, Brucker & Waples,* of counsel), for plaintiffs.

*Stephen J. Roth,* Attorney General, *Edmund E. Shepherd,* Solicitor General, and *Maurice M. Moule,* Assistant Attorney General, for defendants.

REID, J.  This case is of the same nature and the facts herein, except as to parties plaintiff, are the same as in the case of Joseph L. Galperin, *et al.,* against the same parties defendant as herein.  Accordingly, this case is controlled by the case of *Galperin* v. *Department of Revenue, ante,* 556.

The decree appealed from in this case is affirmed, with costs to plaintiffs.

BOYLES, C. J., and NORTH, DETHMERS, BUTZEL, CARR, BUSHNELL, and SHARPE, JJ., concurred.